Straughter v. South Central
Regional Jail; 2:19-cv-00338

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

3571455

Darion Straughter
Jarrod D Snively
William C Sp
Jeremy Carp
Earl M. Hoover III
Joe Zolu III

# 3484249
# 3517737
# 3536754
3558933
3516277

**FILED**
OCT - 1 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 2:18-cv-1335
*(Number to be assigned by Court)*

South Central Reg Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No ___✓___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district; if state court, name the county);

    _____

_____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

    _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

_____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. **Place of Present Confinement:** SCRJ

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓       No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓       No ___

    C. If you answer is YES:

        1. What steps did you take? put a Grievance in.

        2. What was the result? No responce

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Joseph Lobits III #3516277

        Address: 509 vine St South Charleston WV 25309

    B. Additional Plaintiff(s) and Address(es): Earl M. Hoover III
5 Don Lane white Plains NY 10607
Jeremy Camp 418 Baycor Lane Chas, WV 25312

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

is employed as: _____

at _____

D. Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Earl Hoover, Black mold is everywhere, where we sleep, where we shower, where we work its on Everything + no one is doing A thing About it !!

I Jeremy Camp IS GOING THROUGH THIS OUTBREAK OF MOLD CAUSING ME TO COUGH CONSTANTLY AND STAY STUFFY IN THE NOSE

4

**IV.  Statement of Claim (continued):**

Why do we have to live in a unsanitary enviroment with Black mold on every wall including the cell walls and the shower walls also in the kitchen. Also every kind of of hep A,B,C is on a outbreak right now and we can't even get bleach or cleaning supplys on a regular basis. Think the mold could be causing me to have shortness of breath.

**V.  Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"Justice"

V.     **Relief (continued)):**

_____

_____

_____

_____

_____

VII.     **Counsel**

      A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

      B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

           Yes _____     No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

      C.     Have you previously had a lawyer representing you in a civil action in this court?

           Yes _____     No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __16th__ day of __Sept__, 20__18__.

_Dorian Straughter  3541455_
_William C. [signature]_
_Jerry C. [signature]_
_Earl M. Hoover III_
_Joe Lots III_

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/16/18__.
(Date)

~~Joe Lots III~~   _Earl M. Hoover III_

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7



CHARLESTON WV 250

27 SEP 2018 PM 2 L

Clerk, United States District Court
P.O. Box 2546
Charleston, West Virginia 25329

RECEIVED
OCT -1 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

25329-254645

Earl M. Hoover III
1001 Centre Way
Charleston W.V. 25309